# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUG BANNING, an individual; and VICTORIA BANNING, and individual, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE FARM GENERAL INSURANCE COMPANY, an ILLINOIS corporation, authorized to do business in California; and DOES 1 through 100 inclusive, <br><br> Defendants. | Case No.: 8:21-cv-01113-JLS-ADS <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE CASE (Doc. 26)** |

///

///

///

///

1

WHEREAS, plaintiffs Doug Banning and Victoria Banning filed this action against Defendant State Farm General Insurance Company.

WHEREAS, the parties have settled this matter in its entirety. (*See* Doc. 25.)

WHEREAS, pursuant to the settlement, Plaintiffs have agreed to seek an order dismissing with prejudice the entire action and all parties. (Doc. 26.)

THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto that this entire action and all parties shall be dismissed with prejudice.

IT IS SO ORDERED.

Dated: May 13, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE